UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

Jamal Simon,
David Boyd,
Melvin Brown,
Darren Davidson,
Yvette Lubrun,
Dawdu Marriott,
Rashaun McKay,
Megan Montoya,
Dwayne Norville, and
Jillian Walcott,

Defendants.

**Order of Restitution**

**18 Cr. 339 (PAC)**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/29/19

Upon the application of the United States of America, by its attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, Nicholas W. Chiuchiolo and Robert B. Sobelman, Assistant United States Attorneys, of counsel; the presentence report; the above-captioned defendants' convictions in this case; and all other proceedings in this case, it is hereby ORDERED that:

**1. Amount of Restitution.** Defendants Jamal Simon, David Boyd, Melvin Brown, Darren Davidson, Yvette Lubrun, Dawdu Marriott, Rashaun McKay, Megan Montoya, Dwayne Norville, and Jillian Walcott shall pay restitution in the total amount of $2,430,771.05 to the victims of the offenses of which they have been convicted in this case, in the apportioned amounts set forth below. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

03.14.2019

**2. Joint and Several Liability.** Defendants Jamal Simon, David Boyd, Melvin Brown, Darren Davidson, Yvette Lubrun, Dawdu Marriott, Rashaun McKay, Megan Montoya, Dwayne Norville, and Jillian Walcott's liability for restitution shall be joint and several with each other and that of any other defendant ordered to make restitution for the offenses in this matter under 18 Cr. 339 (PAC). Each defendant's liability for restitution shall continue unabated until either the defendant has paid the apportioned amount set forth below, or every victim has been paid the total amount of loss from all the restitution paid by the defendants in this matter.

| Defendant | Apportioned Amount of Restitution |
| --- | --- |
| Jamal Simon | $2,430,771.05 |
| David Boyd | $40,000.00 |
| Melvin Brown | $250,000.00 |
| Darren Davidson | $250,000.00 |
| Yvette Lubrun | $95,000.00 |
| Dawdu Marriott | $250,000.00 |
| Rashaun McKay | $150,000.00 |
| Megan Montoya | $250,000.00 |
| Dwayne Norville | $150,000.00 |
| Jillian Walcott | $550,000.00 |

**3. Sealing.** Consistent with 18 U.S.C. §§ 3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Office, as need be to effect and enforce this Order, without further order of this Court.

Dated: New York, New York

October 29, 2019

*/s/ Paul Crotty*
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE